# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEREMY ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>VICKY HEVETT, et al.,<br><br>    Defendants. | Case No. C11-1351-MJP-JPD<br><br>REPORT AND RECOMMENDATION |

This matter comes before the Court on Plaintiff's motion to suspend fees. Dkt. 18. In this motion, Plaintiff acknowledges that he failed to file an amended complaint before the deadline set by the court, and explains that at the time he filed this lawsuit, he did not understand the requirements associated with litigation. *Id*. at 1. He claims to have been misled and encouraged into filing by other inmates, and now realizes the complexities of the legal system "as is reflective in the expiration of the case instant before the Court." *Id.* at 2.

Though the Plaintiff has styled his motion as a motion to suspend fees, the Court recommends construing the motion as a notice of voluntary dismissal because that appears to be Plaintiff's intent. Given that intent, the case should be dismissed without prejudice, which

//

//

//

will cause the Plaintiff's monthly payments (under Plaintiff's *in forma pauperis* arrangement) to cease. A proposed order accompanies this Report and Recommendation.

DATED this 6th day of March, 2012.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge