1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

JEREMY ANDERSON,

Case No. C11-1351-MJP

10

Plaintiff,

ORDER OF DISMISSAL

11

v.

12

VICKY HEVETT, et al.,

13

Defendants.

14

15    The Court, having reviewed the Report and Recommendation of the Honorable James

16  P. Donohue, and the balance of the record, does hereby find and ORDER:

17    (1)    The Court adopts the Report and Recommendation.

18    (2)    This action is DISMISSED without prejudice.

19    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the

20  Honorable James P. Donohue.

21    DATED this _4th_ day of __April__, 2012.

22

23

24

25

Marsha J. Pechman
United States District Judge

26

ORDER OF DISMISSAL
PAGE - 1