AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

JEREMY ANDERSON,

        Plaintiff,

v.

VICKY HEVETT, et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. C11-1351-MJP

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    The Report and Recommendation is adopted and approved. This action is DISMISSED without prejudice.

    Dated this _4th_ day of ___April__, 2012.

WILLIAM M. McCOOL
Clerk

\s Mary Duett_____
Deputy Clerk